In the Matter of the BANK OF UNITED STATES.
THE SUPERINTENDENT OF BANKS OF THE STATE OF NEW
YORK, Respondent; BANK OF AMERICA NATIONAL
ASSOCIATION, Appellant.

(Argued January 11, 1934; decided February 27, 1934.)

*Alfred J. L'Heureux* and *Thomas A. Sully* for appellant.
*Leo C. Fennelly, Arthur Ofner, Warren C. Fielding, Edward V. Mallon* and *Carl J. Austrian* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.